UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

JONATHAN BOLLINGER,
PLAINTIFF

CASE NO. 12 C 0451 wmc

V.

GERALD ARTHUR SANDUSKY A/K/A
JERRY SANDUSKY,
DEFENDANT

PRELIMINARY INJUNCTION
TEMPORARY RESTRAINING ORDER

COMES NOW, THE PLAINTIFF. FACING IMMINENT DANGER AND BODILY, MOVES THIS HONORABLE COURT TO ISSUE AND ORDER FOR THE DEFENDANT IN THIS SUIT, JERRY SANDUSKY TO RESPOND.
PLAINTIFF IS COUSINS WITH FORMER WISCONSIN BADGERS QUARTERBACK BROOKS BOLLINGER. ON OCTOBER 5, 2002 I WENT TO CAMP RANDALL STADIUM TO WATCH MY COUSIN PLAY QUARTERBACK AGAINST THE VISITING PENN STATE NITTANY LIONS. AROUND THE 3RD QUARTER I WENT TO THE BATHROOM. WHILE URINATING, I WAS APPROACHED BY DEFENDANT JERRY SANDUSKY WHO SAID HE WAS TRAVELING WITH PENN STATE AND ASKED ME IF I WANTED A SIGNED JOE PATERNO AUTOGRAPH, AND I TOLD HIM TO LEAVE ME ALONE BECAUSE I WAS PEEING, AND SANDUSKY SAID TO ME " LET ME TOUCH IT" AND REACHED IN THE URINAL AND GRABBED MY PENIS. FUTHER SAYING TO ME " LET ME MAKE YOUR SEXUAL FANTISY'S COME TRUE". I TOLD HIM STOP MOLESTING ME AND I'M REPORTING HIM TO THE POLICE. SANDUSKY THEN LEFT BUT GAVE ME A FAIR WARNING , " IF YOU TELL A SOUL I TOCUHED YOUR PENIS, I WILL KILL YOU" AND LEFT. THEN AFTER THE GAME I TOLD MY COUSIN BROOKS , HEAD FOOTBAL COACH BARRY ALVAREZ , BRIAN WHITE, AND KEVIN COSGROVE WHO THE COACHING STAFF TOLD ME THEY ARE FRIENDS WITH SANDUSKY AND WONT HELP ME. I HAVE SUFFERED EMOTIONAL DISTRESS SINCE. I FEAR SANDUSKY IS GOING TO KILL ME . I SEEK A RESTRAINING ORDER.

RESPECTFULLY, 6-23-12

JONATHAN BOLLINGER
2031 SANSOM ST.
PHILADELPHIA, PA 19103