

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BOLLINGER,
PLAINTIFF

V.   CASE NO. 3:12-CV-00451-WMC

SANDUSKY,
DEFENDANT

## MOTION TO WITHDRAW LAWSUIT

Plaintiff moves to withdraw this lawsuit. The clerk of court should of never filed this lawsuit as numerous federal local court rules were violated which were not followed in docketing this lawsuit, including no civil cover sheet, wrong size paper, words not double spaced etc.. plaintiff does not wish to proceed with this lawsuit.

Respectfully Submitted,

7·1·12

Jonathan Bollinger
2031 samson st
Philadelphia, pa 19103