Untitled

Jonathan Lee Riches
1306 Ashbridge Rd
West Chester, PA 19380

DOC NO
REC'D/FILED
2012 JUL 17 AM 9:52
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

July 13th, 2012
Re: 3: 12-cv-00451-wmc

To: Hon. Judge William M. Conley,

    My Name is Jonathan Lee Riches, today on July 13th, 2012, I recieved Certified mail saying I'm involved in Case # 3:12-cv-00451-wmc, giving me a order to respond why I should not be held in contempt. I'm not Jonathan Bollinger, I dont know Jonathan Bollinger, I did not file or write this lawsuit as Jonathan Bollinger or Jonathan Lee Riches. I did not tell anyone or conspire with anyone to file this lawsuit, I dont know who filed or wrote this law suit. I ask to be removed as a party in this case, I dont want to be involved in this case.

1) I'm requesting a attorney in this matter. I'm indigent and I'm on medically mental disability with the state of Pennsylvania, and unable to work
2) I'm requesting a mental health evaluation, I dont understand what this paper work means or proceedings. Since I been out of prison, I'm not recieving my previous prescribed medications.
3) Im notifying my Probation officer immediately on this matter.

    Feel free to contact me anytime if you have any questions.

               sincerely,

               *Jonathan Lee Riches* (signature)