US POSTAGE

HASLER

017H15554178

$0.450

07/06/2012

Mailed From 53703

RETURN TO SENDER
NO SUCH
RECIPIENT

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 432
MADISON, WISCONSIN 53701

OFFICIAL BUSINESS

NIXIE        191  5E 1       00  07/12/12
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 53701043232      *0386-06839-06-43

Jonathan Bollinger
2031 Sansom Street
Philadelphia, PA 19103